UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARC A. EARLEY, | Case No. 3:24-cv-00363-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION AND ORDER TO DISMISS** |
| WILLIAMS, *et al.*, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Marc Earley, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 15th day of NOV, 2024.        DATED this 6th Day of November, 2024.

                                                        AARON D. FORD
                                                       Attorney General

By: _____        By: /s/ Jeffrey D. Whipple
MARC EARLEY                               JEFFREY D. WHIPPLE (Bar No. 16346)
Plaintiff                                        Deputy Attorney General
                                                       *Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

DATED: December 2, 2024